Kutak Rock LLP
Attorneys At Law
Irvine

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LETHIA DAVIS, individually and D/B/A BEAUTIFUL MINDS ENTREPRENEURSHIP PROGRAM and BEAUTIFUL MINDS ENTREPRENEURSHIP, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES' SMALL BUSINESS ADMINISTRATION, MICHAEL DANIEL, ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK, AMERICA'S SBDC, AMERICA'S SMALL BUSINESS DEVELOPMENT CENTER NETWORK, CHRISTOPHER LORENZANA and AL GOHARY, <br><br> Defendants. | Case No.  5:20-CV-01280-SVW-KK <br> Assigned to District Judge: <br> Hon. Stephen V. Wilson <br> Courtroom:  10A <br> Assigned Discovery: <br> Magistrate Judge: Hon. Kenly Kiya Kato <br> **JUDGMENT IN FAVOR OF MICHAEL DANIEL AND ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK** <br><br> Date Filed:  June 26, 2020 <br> Trial Date: August 31, 2021 |

# JUDGMENT

Having granted Defendants MICHAEL DANIEL and ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK's Motion for Summary Judgment, the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Judgment is hereby entered in favor of Defendants MICHAEL DANIEL and ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK and against Plaintiffs LETHIA DAVIS, individually and d/b/a Beautiful Minds Entrepreneurship Program and Beautiful Minds Entrepreneurship, Inc.; and

2. Plaintiffs shall take nothing on the Complaint against Defendants MICHAEL DANIEL and ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK.

**IT IS SO ORDERED.**

Dated: August 6, 2021

_____
Hon. Stephen V. Wilson
United States District Judge

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

- 2 -    5:20-cv-01280-SVW-KK
[PROPOSED] JUDGMENT
4817-4948-4786.1