UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETHIA DAVIS, INDIVIDUALLY AND D/B/A BEAUTIFUL MINDS ENTREPRENEURSHIP PROGRAM AND BEAUTIFUL MINDS ENTREPRENEURSHIP, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,<br><br>Defendants. | Case No. 5:20-cv-1280 SVW (KKx)<br><br>Hon. Stephen V. Wilson<br><br>**JUDGMENT IN FAVOR OF DEFENDANT AL GOHARY** |

00081398.1

# JUDGMENT

Having granted Defendant Al Gohary's Motion for Summary Judgment (Docket No. 139) and Motion for Attorney's Fees (Docket No. 157), and having issued a separate Order setting the amount of attorney's fees awarded to Defendant Gohary, including sanctions against Plaintiff's Counsel, Michael S. Traylor (Docket No. 161), the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Judgment is hereby entered in favor of Defendant Al Gohary and against Plaintiff Lethia Davis, individually and d/b/a Beautiful Minds Entrepreneurship Program and Beautiful Minds Entrepreneurship, Inc.;

2. Plaintiff shall take nothing on her Complaint against Defendant Al Gohary; and

3. Defendant Gohary is awarded a total of $75,424.50 in attorney's fees. Of this amount, Attorney Michael Traylor is liable for $31,006 pursuant to 28 U.S.C. § 1927, with the remainder ($44,418.50) owing from Plaintiff.

**IT IS SO ORDERED.**

DATED: October 26, 2021

_____
Hon. Stephen V. Wilson
United States District Judge

00081398.1

1