UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LETHIA DAVIS, individually and D/B/A BEAUTIFUL MINDS ENTREPRENEURSHIP PROGRAM and BEAUTIFUL MINDS ENTREPRENEURSHIP, INC., <br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES' SMALL BUSINESS ADMINISTRATION, MICHAEL DANIEL, ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK, AMERICA'S SBDC, AMERICA'S SMALL BUSINESS DEVELOPMENT CENTER NETWORK, CHRISTOPHER LORENZANA and AL GOHARY,<br><br>Defendants. | Case No. 5:20-CV-01280-SVW-KK <br><br>Assigned to District Judge: Hon. Stephen V. Wilson <br>Courtroom: 10A <br><br>Assigned Discovery: Magistrate Judge: Hon. Kenly Kiya Kato<br><br>**JUDGMENT IN FAVOR OF DEFENDANT ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK** |

# JUDGMENT

Having granted Defendant ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK's Motion for Summary Judgment (Docket No. 140) and Motion for Attorney's Fees (Docket No. 157), and having issued a separate Order setting the amount of attorney's fees awarded to Defendant ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK, including sanctions against Plaintiff's Counsel, Michael S. Traylor (Docket No. 161), the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. Judgment is hereby entered in favor of Defendant ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK and against Plaintiff Lethia Davis, individually, and d/b/a Beautiful Minds Entrepreneurship Program and Beautiful Minds Entrepreneurship, Inc.:

2. Plaintiff shall take nothing on her Complaint against Defendant ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK; and

3. Defendant ORANGE COUNTY INLAND EMPIRE SMALL BUSINESS DEVELOPMENT CENTER NETWORK is awarded a total of $75,613.13 in attorney's fees. Of this amount, Attorney Michael Traylor is liable for $71,056.13 pursuant to 28 U.S.C. § 1927, with the remainder ($4,557.00) owing from Plaintiff.

**IT IS SO ORDERED.**

Dated: October 26, 2021

_Stephen V. Wilson_
Hon. Stephen V. Wilson
United States District Judge